# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-9485 DMG (MRW) | Date | January 5, 2022 |
|---|---|---|---|
| Title | Robles v. Jusino | | |

Present: Hon. Michael R. Wilner, U.S. Magistrate Judge

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Petitioner: | Attorneys for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a habeas corpus action involving a federal inmate. In December 2021, Petitioner Robles filed a habeas petition under Section 2241 and a request for "emergency" injunctive relief regarding his then-impending transfer within the Bureau of Prisons. (Docket # 1, 2.)

2. Magistrate Judge Wilner (on referral from District Judge Gee) issued an order noting significant defects with Petitioner's request. However, in the interests of fairness to an incarcerated litigant, Judge Wilner directed Petitioner to supplement his submission to the Court regarding his legal position. (Docket # 5.)

3. Petitioner failed to file any response. Petitioner is ordered to show cause why the action should not be dismissed (in whole or in part) for the defects noted in the screening order and for failing to comply with a court order. Petitioner's response to the OSC <u>and</u> the substantive supplemental statement are due by or before January 28, 2022.

4. The Court notes that, according to the BOP website, Petitioner is now housed at FCI Tallahassee, P.O. Box 5000, Tallahassee FL, 32314. The Clerk is directed to send a copy of this order to Petitioner at that facility. If, as a result of the prison transfer, Petitioner believes that this action is now moot, he may inform the Court.

**Failure to comply with this order will result in a recommendation that the action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**

\* \* \*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-9485 DMG (MRW) | Date | January 5, 2022 |
|---|---|---|---|
| Title | Robles v. Jusino | | |

    5.    The Court's December 2021 order also required the U.S. Attorney's Office to submit a summary of its analysis of Petitioner's claims. (Docket # 5.) The Court received no response from the government, either. A review of the docket does not reveal that the case was ever assigned to an AUSA.

    6.    The Clerk is directed to contact the Chief of the Criminal Division of the USAO and provide a copy of this order. Nobody's in trouble! However, I'd value the government's insight into the original request. I'd also like to know why I didn't hear back from the office at all. Please get me some sort of response by the end of January.